27 A.3d 986

**Kenneth HOLMES, Petitioner**

v.

**Michael WENEROWICZ, Respondent.**

**No. 21 EM 2011.**

Supreme Court of Pennsylvania.

Aug. 11, 2011.

*ORDER*

PER CURIAM.

And now this 11th day of August, 2011, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.